# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MAIER,**<br><br>v.<br><br>**CURT M. PARKINS, ESQ., and MATTHEW COMERFORD, ESQ.** | **CIVIL ACTION**<br><br><br>NO.  20-2621 |

## ORDER RE MOTION TO REMAND

**AND NOW**, on this 7th day of October, 2020, after careful consideration of Plaintiff Michael Maier's Motion to Remand (ECF 4), Defendants Curt M. Parkins, Esq. and Matthew Comerford, Esq.'s Response (ECF 5), and Plaintiff's Reply (ECF 6), for the reasons stated in the attached memorandum it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand this matter to the Philadelphia County Court of Common Pleas is **GRANTED**; and

2. Plaintiff's Motion for costs and counsel fees related to this Motion to Remand is **DENIED**.

                                        **BY THE COURT:**

                                        **s/ Michael M. Baylson**

                                        _____

                                        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-2621 Maier v. Parkins\20cv2621 Order re Motion to Remand.docx